# NO. 12-09-00182-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *JIMMY BROWN HUMPHRIES, INDIVIDUALLY AND AS EXECUTOR OF THE ESTATE OF MAMIE RUTH HUMPHRIES HENDERSON, DECEASED APPELLANT* | § | *APPEAL FROM THE 294TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT OF* |
| *MARVIN WAYNE HUMPHRIES AND TOMMY M. HUMPHRIES, APPELLEES* | § | *VAN ZANDT COUNTY, TEXAS* |

## MEMORANDUM OPINION
## PER CURIAM

Jimmy Brown Humphries, individually and as executor of the estate of Mamie Ruth Humphries Henderson, deceased, has filed a motion to dismiss this appeal. In his motion, Humphries states that he does not wish to continue this appeal because the judgment he purports to appeal is not a final appealable judgment. Because Humphries has met the requirements of Texas Rule of Appellate Procedure 42.1(a)(1), the motion is granted, and the appeal is dismissed.

Opinion delivered July 15, 2009.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)